and another. M. M. Black, of Brooklyn, for relator. G. J. Nehrbas, of New York City, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

BLAKESLEE, Appellant, v. INTERNATIONAL MOTOR CO. et al., Respondents. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by George E. Blakeslee against the International Motor Company and others. PER CURIAM. Judgment affirmed, with costs. See, also, 151 N. Y. Supp. 1105.

RICH, J., not voting.

BLAKESLEE, Appellant, v. INTERNATIONAL MOTOR CO. et al., Respondents. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by George E. Blakeslee against the International Motor Company and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 161 App. Div. 624, 147 N. Y. Supp. 49; 151 N. Y. Supp. 1105.

RICH, J., not voting.

BLAKESLEE, Appellant, v. INTERNATIONAL MOTOR CO. et al., Respondents. (Appeal No. 3.) (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by George E. Blakeslee against the International Motor Company and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 1105.

RICH, J., not voting.

BLAKS, Respondent, v. VILLAGE OF CORNWALL, Appellant. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Patrick Blaks against the Village of Cornwall. PER CURIAM. Judgment affirmed, with costs.

BURR, J., not voting.

BLOODGOOD et al., Respondents, v. REZNIKOFF et al., Appellants. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by William E. Bloodgood and others, as trustees, etc., against Nathan Reznikoff and others. J. H. Cohn, of New York City, for appellants. O. Horwitz, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 1071.

In re BOARD OF SUP'RS OF CHAUTAUQUA COUNTY. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) In the matter of the application of the Board of Supervisors of Chautauqua County for the appointment of commissioners to ascertain the compensation to be paid to Catherine Gens for land taken for highway purposes. No opinion. Judgment and orders affirmed, with costs.

151 N.Y.S.—70

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) In the matter of the application of the Board of Water Supply of the City of New York to acquire real estate in the county of Ulster, under chapter 724 of the Laws of 1905, and the acts amendatory thereof, for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York. Ashokan Reservoir, Parcel No. 7. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 161 App. Div. 904, 145 N. Y. Supp. 1113.

BOSSERT et al., Respondents, v. DHUY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Louis Bossert and others against Frederick Dhuy and others. PER CURIAM. It was the intention of this court in the case of Bossert v. Dhuy, 151 N. Y. Supp. 877, which was the appeal taken by the defendants from the judgment in said action, to affirm said judgment without costs, and it was also the intention of this court, in the same case, upon the appeal taken by the plaintiffs from a portion of the same judgment (151 N. Y. Supp. 881), to affirm that without costs. Through an error, the decision as it appeared was that the judgment in the latter case was affirmed, with costs. Plaintiffs' notice of motion in this case is not sufficiently broad to enable us to correct this error at the present time. Motion denied, without costs.

BOSSERT et al., Appellants, v. DHUY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Louis Bossert and John Bossert, copartners, etc., against Frederick Dhuy and others. No opinion. Motion granted, without costs. See, also, 151 N. Y. Supp. 1105.

BOUYON v. DOULEN et al. (Supreme Court, Appellate Division, Second Department. February 26, 1915.) Action by Eliza A. Bouyon against James Doulen and others. No opinion. Judgment affirmed, with costs.

BOWEN, Respondent, v. FENNO, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Charles L. Bowen against Edward K. Fenno. C. E. Dorr, of Syracuse, for appellant. A. Foulds, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to a motion for change of place of trial on the ground of the convenience of witnesses. Order filed.

BOYLE, Respondent, v. GEORGE A. FULLER CO., Appellant. (No. 6815.) (Supreme Court, Appellate Division, First Department. February 5, 1915.) Appeal from Trial Term, New York County. Action by Martin Boyle against the George A. Fuller Company. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Herbert C. Smyth, of New York City, for appellant. Jere-